IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

JOHN SAMUEL LEIGH,  ]
                    ]
   Petitioner,      ]
                    ]
vs.                 ]          1:10-cv-2784-KOB-RRA
                    ]
WARDEN JOHN RATHMAN,]
                    ]
   Respondent.      ]

## ORDER

In accordance with the Memorandum Opinion entered contemporaneously, the court DISMISSES this action. Each party is to bear his own costs.

DONE and ORDERED this 14th day of December 2010.

_____
KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE